94–992. Village Two v. Twenty M Contractors. *Cuyahoga County*, No. 65802. This cause is pending before the court as a discretionary appeal. This court denied appellant's request for an extension of time to file a memorandum in support of jurisdiction on May 18, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective June 15, 1994.

94–1254. Varsity, Inc. v. HBL Automotive, Inc. *Franklin County*, No. 93AP–888. This cause was instituted upon the appellees' filing of a motion to dismiss an appeal for lack of prosecution. Appellees tendered with their motion a copy of a notice of appeal date-stamped by the court of appeals on April 21, 1994. It appearing to the court that appellants perfected an appeal pursuant to former S.Ct. Prac. R. I but failed to timely file the notice of appeal in the Supreme Court,

IT IS ORDERED by the court that this cause is dismissed, effective June 15, 1994.

IT IS FURTHER ORDERED by the court that a copy of this entry be certified to the Clerk of the Court of Appeals for Franklin County for entry.

*Wednesday, June 22, 1994*

## MERIT DOCKET

93–1844. Nationwide Ins. Co. v. Corliss. *Butler County*, No. CA92–11–234. *Sua sponte*, cause dismissed as moot.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–467. Baughman v. Cincinnati. *Hamilton County*, No. C–920706. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
MOYER, C.J., dissents.

94–501. State ex rel. Schwartz v. Piepmeier. In Prohibition. *Sua sponte*, cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.
RESNICK, J., dissents and would grant the writ.

94–697. State ex rel. Moore v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–706. State ex rel. Luck v. Judges, Hamilton Cty. Court of Appeals. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.